[No. 8467-1-III.  Division Three.  November 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CHARLES ALVA
CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 86-1-01048-4, John A. Schultheis, J.,

entered February 18, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Munson, J., and Stauffacher, J. Pro Tem.